IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBYN WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-185 |
| | ) |
| HCA HEALTHCARE d/b/a DOCTOR'S | ) |
| HOSPITAL OF AUGUSTA, LLC (DHA), | ) |
| | ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Indeed, after entry of the Report and Recommendation, Plaintiff submitted a filing in which she states she "agree[s] and compl[ies] with" with the recommendation for dismissal. (Doc. no. 7.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to timely effect service on Defendant and abandonment of the case, and **CLOSES** this civil action.

SO ORDERED this 5th day of January, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA